## SANTO DI BIASE vs. LOUIS MOULTON.

Cumberland County. Decided March 29, 1924. Action to recover damages for depositing poison by defendant, whereby plaintiff's cow ate the same and was thereby sickened and died. The verdict was for defendant and plaintiff moves for new trial on the customary grounds. The issues were questions of fact upon which the verdict is founded and after careful examination of the record we cannot say, under well-established rules, that the verdict should be disturbed. Motion overruled. *Angelo J. Urbano and Harry E. Nixon*, for plaintiff. *Henry C. Sullivan*, for defendant.

---

## ALBERT L. JELLEY

### vs.

## ANDROSCOGGIN AND KENNEBEC RAILWAY COMPANY.

Kennebec County. Decided March 31, 1924. Action on the case for damages to plaintiff's automobile. The jury returned a verdict for $812.50. The case is before the court on defendant's general motion and exceptions.

About midnight on August 29th, 1923, the electric car of defendant company came into collision with the automobile of the plaintiff at a point on its track one mile north of Gardiner. The highway between Gardiner and Hallowell was, at the time, under construction, and closed to traffic. At the Farmingdale line, the next town north of Gardiner, a barrier extended across the street, at a point where a detour, through Northern Avenue, turned off to the left. This barrier was comprised of two horses, a plank and sleepers laid on the ground. The barrier was lighted by lanterns at night, and bore two signs, one stating that the road was under construction and closed to traffic, the other, a detour sign with an arrow pointing to said Northern Avenue, which was near at hand, with a street light covering the above-named objects and location. South of the